UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSTATE NEW YORK ENGINEERS HEALTH FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS PENSION FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS S.U.B. FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS TRAINING FUND, by Daniel P. Harrigan, as Administrator; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, By Michael R. Fanning, as Chief Executive Officer; LOCAL 106 TRAINING AND APPRENTICESHIP FUND, by Daniel J. McGraw and Eugene Hallock, as Trustees and UPSTATE NEW YORK OPERATING ENGINEERS, LOCAL UNION NO. 158 (DISTRICTS 106 and 545), by Theron Hogle, as President,<br><br>                            Plaintiffs,<br><br>  – against –<br><br>FIACCO AND RILEY CONSTRUCTION, INC., GENE P. FREGO, Individually and as an Officer of Fiacco and Riley Construction, Inc., and KRISTIN FREGO, Individually and as an Officer of Fiacco and Riley Construction, Inc.<br><br>                            Defendants. | STIPULATION AND ORDER OF DISCONTINUANCE WITH RIGHT TO REOPEN<br><br>Civil Action No.<br><br>5:12-CV-01887 (FJS/ATB) |

It is hereby stipulated and agreed, by and between the undersigned counsel, the attorneys of record for Plaintiffs and Defendants, no party being an infant or incompetent person or in the military service, as follows:

1. The action is settled in accordance with the terms of a Stipulation of Settlement, executed by the Defendants on February 17, 2015 and executed by Plaintiffs on February 25, 2015 which document is incorporated herein by reference and is referred to as "Stipulation of Settlement".

2. The action is discontinued, without prejudice, pursuant to FRCP Rule 41(a), subject to the terms and conditions of this Stipulation and Order and the parties' right to reopen the action.

3. The Court expressly maintains and retains jurisdiction over this action, the settlement, and the parties for purposes of enforcing the settlement, obtaining compliance with the terms of the

Stipulation of Settlement, and allowing Plaintiffs to proceed with entry of judgment against the Defendants in accordance with the terms and conditions of the Stipulation of Settlement.

4. In accordance with paragraph No. 3, the parties retain and are expressly granted the right to reopen this action to obtain compliance with the terms of the Stipulation of Settlement and to, among other things, allow Plaintiffs to proceed with entry of judgment against the Defendants in accordance with the terms and conditions of the Stipulation of Settlement.

DATED: March 3, 2015

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, Esq.
Bar Roll No.: 101356
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-Mail: jaclark@bklawyers.com

DATED: 3/19, 2015

SHEATS & BAILEY, PLLC

By: _____
Jason B. Bailey, Esq.
Bar Roll No. 513764
*Counsel for Defendants*
Office and Post Office Address
9650 Brewerton Road
P.O. Box 820
Brewerton, New York 13029
Telephone: (315) 676-7314
Facsimile: (315) 676-7189
E-Mail: jbailey@theconstructionlaw.com

SO ORDERED:

DATED: March 11, 2015

_____
Honorable Frederick J. Scullin, Jr.
Senior United States District Court Judge

{H:\coll\Legal\FlaccoRiley-EJBF-Discont-Stp.docx} jld